**Order entered January 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-01540-CV

### STEVEN V. TIPPS, Appellant

### V.

### PURPLE TREE, LLC, Appellee

---

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04540-B**

---

## ORDER

Appellant filed a statement of inability to afford payment of court costs or an appeal bond in the trial court on August 24, 2018. Nothing before this Court shows that any contest to appellant's statement of inability was filed. Thus, appellant is allowed to proceed without payment of costs. *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1(b)(1). Appellant shall disregard this Court's December 31, 2018 postcard notice requesting payment of this Court's filing fee.

The clerk's and reporter's records are overdue. The county clerk's office notified the Court that the clerk's record has been prepared and would be filed once appellant paid the fee. Because appellant is deemed indigent, no fee is due and we **ORDER** John Warren, Dallas County Clerk, to file the clerk's record by **February 8, 2019**.

We **ORDER** Robin Washington, Official Court Reporter for County Court at Law No. 2, to file, by **March 1, 2019**, either the reporter's record or written verification that appellant has not requested the reporter's record. We caution appellant that if the Court receives written verification of no request, the Court will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren, Ms. Washington, and all parties.

/s/     BILL WHITEHILL
JUSTICE